Eugene Mitchell *v.* City of Meriden

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Morton H. Greenblatt,* corporation counsel, in support of the petition.

*Andrew M. Ullman,* in opposition.

Submitted June 2—decided June 26, 1967

Aeline Console *v.* Nickolas Nickou

The motion by the defendant for an order requiring the trial court to make a finding in the appeal from the Superior Court in New Haven County is denied.

*Morris Tyler,* in support of the motion.

Submitted June 5—decided June 26, 1967

Marguerite L. Nowell *v.* Ames Nowell

The application by the defendant for a stay of execution or for an extension of time is granted to the extent that the effective date of the order of May 10, 1967, is deferred until October 3, 1967.

*John J. Sullivan,* in support of the application.

*Edgar W. Bassick III,* in opposition.